01
02
03
04
05
06 UNITED STATES DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
07 AT SEATTLE

08 SAMBO CHEY,                                )
                                              )  CASE NO. C10-1675-JLR
09              Petitioner,                   )
                                              )
10      v.                                    )  REPORT AND RECOMMENDATION
                                              )
11 A. NEIL CLARK, Field Office Director, U.S. )
   Immigration and Customs Enforcement,       )
12                                            )
                Respondent.                   )
13 _____  )

14      Sambo Chey ("petitioner") is proceeding pro se in this 28 U.S.C. § 2241 habeas corpus

15 petition. (Dkt. 1.) By letter dated October 15, 2010, petitioner was granted thirty (30) days to

16 either pay the $5.00 filing fee, or submit a completed application to proceed *in forma pauperis*

17 ("IFP"), along with a certified copy of his prison trust account statement showing transactions

18 for the past six months. (Dkt. 3.) Petitioner was advised that failure to respond to the letter by

19 November 15, 2010, could result in dismissal of the case. *Id*. To date, petitioner has neither

20 paid the filing fee nor submitted a completed application for IFP status. Accordingly, the

21 Court recommends that this action be dismissed without prejudice for failure to pay the filing

22 fee pursuant to 28 U.S.C. § 1914.

REPORT AND RECOMMENDATION
PAGE -1

01     A proposed order accompanies this Report and Recommendation.

02     DATED this <u>20th</u> day of December, 2010.

                                              Mary Alice Theiler
                                              United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2